UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MISSING** DIVISION

IN RE:  CASE NO.: 20-11816-ABA
CHAPTER 13

**Anita E Sutton,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Planet Home Lending, LLC("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 7004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 7004
Telephone: 470-321-7112

By: /s/Harold Kaplan
   Harold Kaplan
   Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANITA E SUTTON
212 N. 2ND ST.
PLEASANTVILLE, NJ 08232

And via electronic mail to:

LAW OFFICE OF THOMAS DOWEY
1423 TILTON ROAD SUITE 8
NORTHFIELD, NJ 08225

ISABEL C. BALBOA
535 ROUTE 38 - SUITE 580
CHERRY HIL, NJ 08002

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr