UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE: Anita Sutton

CASE NO.: 20-11816-ABA
CHAPTER 13

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of AVAIL HOLDING LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 7004
Telephone: 470-321-7112

By: /s/Harold Kaplan
Harold Kaplan
Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Anita E Sutton**
212 N. 2nd St.
Pleasantville, NJ 08232

**Thomas E. Dowey**
Law Office of Thomas Dowey
1423 Tilton Road
Suite 8
Northfield, NJ 08225

**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Brianna Carr