Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−11816−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anita E Sutton
   212 N. 2nd St.
   Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−3850

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:               June 7, 2022
Time:                  10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*47* – Opposition in Opposition to Stay relief (related document:46 Creditor's Certification of Default (related document:33 Consent Order filed by Creditor Specialized Loan Servicing, LLC) filed by Harold N. Kaplan on behalf of Avail Holding LLC. Objection deadline is 05/20/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor Avail Holding LLC) filed by Thomas E. Dowey on behalf of Anita E Sutton. (Dowey, Thomas)

and transact such other business as may properly come before the meeting.

Dated: May 12, 2022
JAN: kaj

                                                                Jeanne Naughton
                                                                Clerk