

**Walgreens Boots Alliance**



| Name | | | | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|---|
| Anita Sutton | | | WALGREEN | WBA Retail Cntrling | S- | 13.00 |
| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
| 04/14/2022 - | 05/04/2022 | $760.24 | | $101.14 | $659.10 | |

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| myW CC PM | | | | 2.00 |
| Regular | 13.00 | 58.48 | 760.24 | 8,389.81 |
| OT 1.5 W1 | | | | 251.17 |
| Pri Adjhrs | | | | 104.00 |
| OT 1.5 W2 | | | | 82.88 |
| Totals | | | 760.24 | 8,829.86 |

| TX Authority | Exempt | Filing Status | Allowance | Add Withholding |
|---|---|---|---|---|
| Federal | | SNG/MARSEP | 00 00 00 00 | 0.00 |
| New Jersey | | Single | 00 00 00 00 | 0.00 |

| Earnings | Amount | Year to Date |
|---|---|---|
| W rewards | 200.00 | |
| Totals: | 200.00 | |

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 26.22 | 520.76 |
| TX EE Social Security | Federal | 47.14 | 565.65 |
| TX EE Medicare Tax | Federal | 11.02 | 132.29 |
| TX Withholding Tax | New Jers | 11.40 | 146.53 |
| TX EE Unemployment Ta | New Jers | 2.91 | 34.90 |
| TX EE Workforce Devlp | New Jers | 0.33 | |

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Totals: | | |

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Totals: | | |

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 760.24 | 9,123.35 |
| RE EE Social Security | Federal | 760.24 | 9,123.35 |
| RE EE Medicare Tax | Federal | 760.24 | 9,123.35 |
| RE Withholding Tax | New Jers | 760.24 | 9,123.35 |
| RE EE Unemployment Ta | New Jers | 760.24 | 9,123.35 |
| RE EE Workforce Devlp | New Jers | 760.24 | 9,123.35 |
| RE EE Disability Tax | New Jers | 760.24 | 9,123.35 |

| Account Type | Amount |
|---|---|
| Direct Deposit | 659.10 |

Hours


**Walgreens Boots Alliance**



| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| Anita Sutton | | WALGREEN | WBA Retail Cntrlling | | 13.00 |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| 03/31/2022 - | 04/20/2022 | $748.02 | | $98.71 | $649.31 | |

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| myW CC PM | | | | 2.00 |
| Regular | 13.00 | 57.54 | 748.02 | 7,629.57 |
| OT 1.5 W1 | | | | 251.17 |
| Pri Adjhrs | | | | 104.00 |
| OT 1.5 W2 | | | | 82.88 |
| Totals | | | 748.02 | 8,069.62 |

| Tax Authority Exemptions | Filing Status | Allowance | Add. Withholding |
|---|---|---|---|
| Federal | SNG/MARSEP | 00 00 00 00 | 0.00 |
| New Jersey | Single | 00 00 00 00 | 0.00 |

| Earnings | Amount | Year to Date |
|---|---|---|
| W rewards | | 200.00 |
| Totals: | | 200.00 |

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 24.99 | 494.54 |
| TX EE Social Security | Federal | 46.37 | 518.51 |
| TX EE Medicare Tax | Federal | 10.85 | 121.27 |
| TX Withholding Tax | New Jers | 11.22 | 135.13 |
| TX EE Unemployment Ta | New Jers | 2.86 | 31.99 |
| TX EE Workforce Devlp | New Jers | 0.32 | |

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Totals: | | |

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Totals: | | |

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 748.02 | 8,363.11 |
| RE EE Social Security | Federal | 748.02 | 8,363.11 |
| RE EE Medicare Tax | Federal | 748.02 | 8,363.11 |
| RE Withholding Tax | New Jers | 748.02 | 8,363.11 |
| RE EE Unemployment Ta | New Jers | 748.02 | 8,363.11 |
| RE EE Workforce Devlp | New Jers | 748.02 | 8,363.11 |
| RE EE Disability Tax | New Jers | 748.02 | 8,363.11 |

| Account Type | Amount |
|---|---|
| Direct Deposit | 649.31 |

| Balance | Hours |
|---|---|