Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−11816−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anita E Sutton
   212 N. 2nd St.
   Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−3850

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/27/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 27, 2022
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-11816-ABA |
| Anita E Sutton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 27, 2022 | Form ID: 148 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita E Sutton, 212 N. 2nd St., Pleasantville, NJ 08232-2158 |
| aty | + | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PL, 130 CLINTON RD, #202, Fairfield, NJ 07004-2927 |
| cr | + | Planet Home Lending, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518694742 | + | RAS Citron Law Offices, 130 Clinton Rd Suite 202, Fairfield, NJ 07004-2927 |
| 519488594 | + | Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, Authorized Agent for Secured Creditor, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518694743 | + | South Jersey Gas Co., P.O. Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518767613 | | EDI: GMACFS.COM | Jul 28 2022 00:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518694740 | + | EDI: GMACFS.COM | Jul 28 2022 00:38:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 518694741 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 27 2022 20:40:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 518712868 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 27 2022 20:40:00 | Atlantic City Electric Co, 5 Collins Drive, Suite 2133, Carneys Point NJ 08069-3600 |
| 518791951 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 20:40:00 | Christiana Trust, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519506744 | ^ | MEBN | Jul 27 2022 20:36:24 | Planet Home Lending, LLC, 321 Research Parkway, Suite # 303, Meriden, CT 06450-8342 |
| 519506745 | ^ | MEBN | Jul 27 2022 20:36:23 | Planet Home Lending, LLC, 321 Research Parkway, Suite # 303, Meriden, CT 06450, Planet Home Lending, LLC, 321 Research Parkway 06450-8342 |
| 518694744 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 20:40:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518785667 | + | EDI: WFAUTO | Jul 28 2022 00:38:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh,NC 27605-1000 |
| 518953748 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| | | |
|---|---|---|
| | Jul 27 2022 20:40:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519506746 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite # 303, Meriden, CT 06450-8342 |
| 519506748 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite # 303, Meriden, CT 06450-8342 |
| 519506747 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite # 303, Meriden, CT 06450, Planet Home Lending, LLC, 321 Research Parkway 06450-8342 |
| 519506749 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite # 303, Meriden, CT 06450, Planet Home Lending, LLC, 321 Research Parkway 06450-8342 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Avail Holding LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor Planet Home Lending LLC hkaplan@rasnj.com, informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor Avail Holding LLC hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Thomas E. Dowey | on behalf of Debtor Anita E Sutton tdesquire@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8